On May 15, 1972, the court ordered that judgment be entered for plaintiffs as follows:
(1) Boykin W. Bates_$1,418.45
(2) Nathan J. Cook_ 1,414. 59
(3) George J. DeVitt_ 1, 303.72
(4) Earnest R. Holley_ 839.21
(5) Gus Irby_ 1,372.58
(6) Robert E. L. Iyey_ 1,271.60
(7) Bobby C. Jones_ 862. 53
(8) Claude E. Pennington_ 1, 298.35
(9) Ban J. Rice_ 1,381.81
(10) Irby F. Stanford, Jr._ 1, 384. 78
(11) Gordon R. Stewart_ 1, 386. 50
(12) James R. Woodward_ 1, 402.14